UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KENTRELL PARKER**                                                                   **CIVIL ACTION**

**VERSUS**                                                                                    **NO. 05-399**

**BURL CAIN, WARDEN**                                                          **SECTION "K"(1)**

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and plaintiff's frivolous objections filed on August 7, 2006, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Petitioner filed "Objection to the Magistrate's Report and Recommendation" in which plaintiff alluded to the facts and findings "in globo" without any reasons or legal argument. As such, his objections are meritless and need not be considered by the Court. Nettles v. Wainwright, 677 F.2d 404, 410 n. 8 (5th Cir. 1982), overruled on other grounds Douglas v. United Serv. Automobile Assoc., 79 F.3d 1415 (5th Cir. 1996). Indeed, the failure to pinpoint those portions of the magistrate judge's Report that the district court must specifically consider bars the party from a de novo determination by the district judge of an issue covered in the report. In addition, the Court finds the Magistrate Judge's Report and Recommendation neither to be manifestly unjust nor plainly erroneous. Accordingly,

**IT IS ORDERED** that the federal petition of **Kentrell Parker** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  9th   day of August, 2006.

                                                **STANWOOD R. DUVAL, JR.**
                                       **UNITED STATES DISTRICT COURT JUDGE**