```
                                                    FILED
                                               U.S. DISTRICT COURT
                                              EASTERN DISTRICT OF LA

                                               2006 OCT -2  PM 4:20

                                                 LORETTA G. WHYTE
                                                      CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KENTRELL PARKER #3712121           CIVIL ACTION

VERSUS                             NO. 05-399

N BURL CAIN, WARDEN                SECTION "K" (1)

### CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

☒ a certificate of appealability shall not be issued for the following reason(s): The petitioner has not demonstrated any showing of the denial of a constitutional right. His opposition to the Report and Recommendation of the Magistrate Judge was deemed frivolous by this Court.

Date: _____

                                    _____
                                    UNITED STATES DISTRICT JUDGE

                                    ___ Fee _____
                                    ___ Process _____
                                    _X_ Dktd _____
                                    _✓_ CtRmDep _____
                                    ___ Doc. No _____